# AFFIDAVIT - RETURN OF SERVICE

UNITED STATES OF AMERICA
    Plaintiff(s),

vs.

COREY POTTER, F/V KNOT EZ, LLC, ALEUTIAN TENDERING, LLC, AND ALASKA TENDERING CO., LLC
    Defendant(s).

Case Number: 3:24-CV-00237-SLG

I solemnly swear or affirm that on 2/7/2025, at 10:13 AM, I served the following documents:

SUMMONS IN A CIVIL ACTION, COMPLAINT

upon the therein named ALASKA TENDERING CO., LLC at U.S. DISTRICT COURT, OUTSIDE OF COURTROOM 4, 222 W. 7TH AVENUE, ANCHORAGE, ALASKA 99501, by handing and leaving a true and correct copy with COREY POTTER, MANAGING MEMBER.

MYRON SEVERSON
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this February 10, 2025 in Anchorage, Alaska.

Notary Public in and for the State of AK
My Commission Expires: 5/29/2028

Client: U.S. DEPARTMENT OF JUSTICE ENVIRONMENT
Client Contact: MARK FULLER
File Number:

**North Country Process, Inc.**
P.O. Box 101126
Anchorage, Alaska 99510
Office: (907) 274-2023
Fax Line: (907) 274-2823

NCPI@alaska.net

Return No.: 233913

Total Service Fees: $75.00