# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

COREY POTTER, *et al.*,

        Defendants.

Case No. 3:24-cv-00237-SLG

## ORDER RE UNITED STATES' MOTION TO ENTER DEFAULT

Before the Court at Docket 10 is the United States' Motion to Enter Default against all Defendants in this matter. Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Defendants Corey Potter, F/V KNOT EZ LLC, Aleutian Tendering LLC, and Alaska Tendering Co. LLC were each served the Complaint and Summons on February 7, 2025, yet no defendant has made an appearance in this matter and the deadline for an answer or to otherwise oppose the Complaint has passed. Defendants have each thus "failed to . . . otherwise defend" against the judgment sought and that failure is shown in the Court's own records.[1] Accordingly, Plaintiff's Motion to Enter Default is GRANTED

---

[1] *See* Fed. R. Civ. P. 55(a). Additionally, Local Civil Rule 11.5 provides that "[m]otions for entry of default must include proof of service of the complaint per Fed. R. Civ. P. 4 and notice to appearing parties." This rule is satisfied by the Affidavits of Service of Summons at Dockets 6, 7, 8, and 9.

and the Clerk of Court is directed to enter a default against Defendants Corey Potter, F/V KNOT EZ LLC, Aleutian Tendering LLC, and Alaska Tendering Co. LLC.

IT IS SO ORDERED.

DATED this 2nd day of May 2025.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00237-SLG, *USA v. Potter, et al.*
Order re. United States' Motion to Enter Default
Page 2 of 2
Case 3:24-cv-00237-SLG   Document 12   Filed 05/02/25   Page 2 of 2