# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>COREY POTTER, *et al.*,<br><br>        Defendants. | Case No. 3:24-cv-00237-SLG |

### **NOTICE RE INTENT TO REASSIGN TO A UNITED STATES MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM**

      The Court gives notice that this case will be reassigned to United States Magistrate Judge Kyle F. Reardon for all purposes, including trial (if applicable), final entry of judgment, and direct review by the Ninth Circuit Court of Appeals effective fifteen (15) days from the date of this order, unless one or more party submits a declination of consent to the magistrate judge within fourteen (14) days of the date of this order. See Federal Rule of Civil Procedure 73. If a party does not consent to have Judge Reardon preside over this case, that party must complete and timely submit to the Court the declination of consent form at the end of this notice. The failure of a party to complete and timely submit this form to the Court will operate as the consent to this case being reassigned to Judge Reardon.

      If no party to this action timely files the declination of consent form, Judge Reardon will exercise full civil jurisdiction over this entire case for all purposes, including any dispositive matter. This means that Judge Reardon will not file a report and recommendation that is reviewable by a District Judge. Instead, Judge Reardon will enter a final order and judgment that will be appealable directly to the Ninth Circuit Court of Appeals.

      Consent to a magistrate judge is voluntary. Each party is free to decline to

consent without adverse substantive consequences. Each party has the right to have a district judge hear this case. Failure to timely complete and return this declination of consent form to the Court means that a party has waived that right. Any party may decline consent by signing the declination of consent at the bottom of this notice and emailing the signed form to [DecConsent@akd.uscourts.gov](mailto:DecConsent@akd.uscourts.gov) or mailing the signed form to the U.S. District Court, 222 West Seventh Avenue, Box 4, Room 229, Anchorage, AK 99513. **Do not electronically file this form with the Court**. This form must be emailed to the Court no later than close of business **fourteen (14) days** from the date of this order or postmarked for mailing to the Court no later than **fourteen (14) days** from the date of this order. Each party will be deemed to have knowingly and voluntarily consented to proceed before Judge Reardon if this form is not submitted by **fourteen (14) days** from the date of this order. If this declination of consent form is timely received, this case will remain assigned to the United States District Judge. The identity of the party declining consent will not be communicated to any judge.

DATED this 5th day of June, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

## DECLINATION OF CONSENT FORM

I DECLINE CONSENT to have this case reassigned to a Magistrate Judge and request the case remain assigned to a District Judge.

_____    _____    _____
Attorney/Party's Signature        Party Represented                    Date

Case No. 3:24-cv-00237-SLG, *USA v. Potter, et al.*
Notice Re. Intent to Reassign to a U.S. Magistrate Judge and Declination of Consent Form
Page 2 of 2